UNITED STATES *versus* JAMES JOHNSON.

JOURNAL ENTRIES (1829): *Journal 4:* (1) Motion for rule to show cause against attachment *p. 278; (2) judgment reversed *p. 326.

PAPERS IN FILE: (1) Copy of affidavit and petition for certiorari, allocatur; (2) writ of certiorari, proof of service; (3) return to certiorari; (4) assignment of errors; (5) joinder in error; (6) brief.

*1824–36 Calendar*, MS p. 191. Recorded in *Book C*, MS pp. 236–40.